(115 So. 297)

**Earnest CLARK v. STATE. (6 Div. 78.)**

Supreme Court of Alabama. Jan. 26, 1928.

Certiorari to Court of Appeals.

Charlie C. McCall, Atty. Gen., and W. M. Rayburn, Asst. Atty. Gen., for the State.

R. G. Redden, of Vernon, opposed.

PER CURIAM. Petition of the state of Alabama, on the relation of its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Ernest Clark v. State, 115 So. 296.

Writ awarded on authority of Vester Clark v. State, ante, p. 229, 115 So. 295.

All the Justices concur.